UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD P. GILLIS,

    Plaintiff,

v.        Case No.: 2:19-cv-701-FtM-38NPM

DEUTSCHE BANK, WELLS FARGO,
HOMECOMINGS, GMAC-RFC,
RALI, USBANK, ALBERTELLI LAW,
CHARLOTTE COUNTY and THE
STATE OF FLORIDA,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

Before the Court is Plaintiff Ronald P. Gillis' Motion to Consolidate Cases (Doc. 4), in which Gillis explains that when he filed the Complaint (Doc. 1), he did not intend to open a new case. Instead, Gillis meant to file the Complaint in Case No. 19-cv-642, which he removed from state court. It seems Gillis mistakenly believed he was required to file a new complaint after removal, and because the Complaint identified Gillis as the plaintiff, the Clerk docketed it as a new case. Gillis now seeks to consolidate this case with the Case No. 19-cv-642.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Because Gillis did not intend to file this case, and because consolidating the two cases would likely cause more confusion, the Court will instead dismiss this case without prejudice. The dismissal will not affect Case No. 19-cv-642. Gillis should ensure that his future filings include accurate captions and titles. The Court encourages Gillis to consult with a licensed attorney or visit flmd.uscourts.gov/litigants-without-lawyers for help.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Ronald P. Gillis' Motion to Consolidate Cases (Doc. 4) is **DENIED**.

(2) Gillis's Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to enter judgment, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of October, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record